■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON AVERETT, Also Known as MILTON HOLLIS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County, rendered April 19, 1977, convicting him of assault in the first degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing concurrent indeterminate sentences of imprisonment of up to 10 years and up to 7 years, respectively. Judgment modified, as a matter of discretion in the interest of· justice, by reducing the sentences to concurrent terms of imprisonment of (1) up to three years on the assault conviction and (2) one year on the weapons possession conviction. As so modified, judgment affirmed. The sentences were excessive to the extent indicated herein. The other contentions raised by defendant have been considered and found to be without merit. Suozzi, J. P., Gulotta, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DE FREESE, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County, rendered February 11, 1976, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial of defendant's motion to disqualify the District Attorney and appoint a special prosecutor. Case remitted to the County Court to hear and report on the defendant's motion to disqualify the prosecutor, and appeal held in abeyance in the interim. The County Court shall furnish its report with all convenient speed. Pursuant to *People v Cruz* (55 AD2d 921), a hearing should be conducted to determine what prejudice, if any, the defendant suffered as a result of his representation prior to the trial by the then chief attorney of the Legal Aid Society of Orange County, who subsequently accepted an interim appointment as District Attorney. Mollen, P. J., Hopkins, Titone, Shapiro and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CANDIDO RODRIGUEZ DE JESUS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 21, 1975 (the date on the clerk's extract is May 20, 1975), convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The Trial Justice properly ruled on all of the issues raised before him. We note that the judgment of conviction of the codefendant has been affirmed *(People v Cadiz,* 53 AD2d 808). Hopkins, J. P., Martuscello, Shapiro and O'Connor, JJ., concur.